UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIT R. SEARLE,<br><br>                Plaintiff,<br>v.<br>WALGREEN CO.,<br><br>                Defendants. | Case No. 2:17-cv-01937-MMD-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 14) |

This matter is before the court on a Substitution of Attorneys (ECF No. 14). James F. Holtz, George Ranalli and Jason Fowler of Ranalli Zaniel Fowler & Moran, LLC seek leave to be substituted in the place of James F. Holtz formerly of the Law Office of James F. Holtz for defendant Walgreen Co.

LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 14) is **GRANTED**.

/ / /

/ / /

1

2. James F. Holtz, George Ranalli, and Jason Fower of Ranalli Zaniel Fowler & Moran are substituted in the place of James F. Holtz formerly of the Law Office of James F. Holtz for defendant Walgreen Co., subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 8th day of May, 2018.

                                              PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE