**SAO**
BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
Brandon L. Phillips, Attorney at Law, PLLC
1455 E. Tropicana Avenue, Ste. 750
Las Vegas, Nevada 89119
702-795-0097, 702-795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiff, Kit Searle*

# UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIT R. SEARLE, as a (minor) individual: <br><br> Plaintiff, <br> vs. <br><br> WALGREEN CO., a Foreign Entity Operating and Doing Business in Nevada, ROES I-X BUSINESS XI – XX, <br><br> Defendants. | CASE NO. 2:17-CV-01937-MMD-PAL <br> Judge: M. Du <br> Magistrate Judge: Peggy A. Leen <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** |

Pursuant to LR 6-1 and LR 26-4 of the Untied States District Court District of Nevada, the parties by and through their respective undersigned counsel of record, hereby stipulate and request that this Court extend the Discovery Deadline in the above-captioned case for sixty (60) days, up to and including August 14, 2018. All other dates set by the Court's Scheduling Order will remain the same. In support of this Stipulation and Request, the parties state as follows:

**A. DISCOVERY COMPLETED TO DATE**

Defendant served his First Request for Production of Documents and First Set of Interrogatories to Plaintiff on September 25, 2018. Plaintiff answered these on November 13, 2017. Kit Searle's mother, Amber Searle, is to be deposed on June 19, 2018. Two expert

depositions have been set for June 26 and June 27, 2018. However, additional time is needed to complete expert discovery.

### B. DISCOVERY REMAINING TO BE COMPLETED

The parties in this case must complete depositions, and Plaintiff may serve Request for Production of Documents, Request for Admissions and Interrogatories upon Defendant

### C. REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES

Discovery is set to close on June 29, 2018. Counsel for Plaintiff, Brandon L. Phillips, Esq. recently experienced the suicide of a close friend and colleague. Mr. Phillips has taken over representation for several of his late colleague's cases, and in doing so has vastly increased his workload in addition to the handling matters involved with the estate of his late colleague. Mr. Phillips is a solo practitioner, and due to the foregoing circumstances has not been available to participate in the necessary depositions for this case. The parties require more time to complete these depositions.

### D. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

1. The close of discovery should be extended up to and including August 14, 2018.
2. That all other deadlines as set forth in the Court's Scheduling Order shall remain the same.

DATED this 20th day of June, 2018.　　　　DATED this 20 day of June, 2018.

BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC　　　　RANALLI ZANIEL FOWLER & MORAN, LLC

Brandon L. Phillips, Esq.
Nevada Bar No. 12264
1455 E. Tropicana Ave., Suite 750
Las Vegas, NV 89119
(702) 795-0097; Fax: (702) 795-0098
blp@abetterlegalpractice.com
*Attorney for Plaintiff*

James F. Holtz, Esq.
Nevada Bar No. 8119
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
*Attorney for Defendant*

# ORDER

Based upon the stipulation of counsel for the parties, the Discovery Deadline in the above entitled action is hereby extended to August 14, 2018.

IT IS SO ORDERED.

IT IS FURTHER ORDERED: NO FURTHER EXTENSIONS WILL BE ALLOWED.

Dated this 10th day of July, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE