JAMES F. HOLTZ, ESQ.
Nevada Bar No. 8119
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
James.holtz@holtzapc.com
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
WALGREEN CO.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIT R. SEARLE, as a (minor) individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a Foreign Entity Operating and Doing Business in Nevada, ROES I-X BUSINESSES XI-XX.<br><br>Defendant. | Case No.: 2:17-cv-01937-MMD-BNW<br>Magistrate Judge Brenda Weksler<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KIT R. SEARLE, and Defendant, WALGREEN CO., by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

///

---
1
JOINT STIPULATION AND ORDER FOR DISMISSAL
2:17-cv-01937-MMD-BNW

the parties request that any trial date that has been set, be vacated.

Dated: June 21st, 2019

RANALLI ZANIEL
FOWLER & MORAN, LLC

/s/ James Anderholy Bn No 8071

JAMES F. HOLTZ, ESQ.
Nevada Bar No. 8119
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
James.holtz@holtzapc.com
Attorneys for Defendant
WALGREEN CO.

Dated: June 14th, 2019

BRANDON L. PHILLIPS, ATTORNEY
AT LAW, PLLC

/s/ Brandon L. Phillips

BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
1455 East Tropicana Avenue, Suite 750 Las Vegas, Nevada 89119
blp@abetterlegalpractice.com
Attorneys for Plaintiff,
KIT R. SEARLE

2
JOINT STIPULATION AND ORDER FOR DISMISSAL
2:17-cv-01937-MMD-BNW

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter shall be dismissed with Prejudice and that the parties shall bear their own fees and costs.

DATED this 7th day of August, 2019.

_____
DISTRICT COURT JUDGE

Submitted by:
BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC
By: _____
BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
1455 East Tropicana Avenue, Suite 750 Las Vegas, Nevada 89119
blp@abetterlegalpractice.com
Attorneys for Plaintiff,
KIT R. SEARLE

3
JOINT STIPULATION AND ORDER FOR DISMISSAL
2:17-cv-01937-MMD-BNW

# CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of RANALLI ZANIEL FOWLER & MORAN, LLC, and that on the 21st day of June, 2019, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**Person(s) Served:**

Brandon L. Phillips, Esq.
Nevada Bar No. 12264
**Brandon L. Phillips, Attorney at Law, PLLC**
1455 East Tropicana Avenue, Suite 750
Las Vegas, Nevada 89119
Facsimile: (702) 795-0098
blp@abetterlegalpractice.com

*/s/ Donna Hicks*

---

**An Employee of
RANALLI ZANIEL FOWLER & MORAN, LLC**